UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANA MARIA LINGO** | **CIVIL ACTION** |
| **VERSUS** | **NO:     19-00102** |
| **NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | **SECTION: "G" (4)** |

## REPORT AND RECOMMENDATION

**I.    Introduction**

This is an action for judicial review of a final decision of the Commissioner of Social Security pursuant to Title 42 United States Code § 405(g). The Commissioner denied Carl O'Neil's eligibility for benefits under the Social Security Act.

The matter was referred to the undersigned United States Magistrate Judge pursuant to Title 28 United States Code § 636(b) and Local Rule 19.02E(b), for the submission of Proposed Findings and Recommendations.

**II.    Factual Background**

Lingo filed the subject action on January 7, 2019 and after proper service of the complaint the defendant answered the complaint on October 28, 2019. After issue was join, two court orders were issued urging Lingo to file a brief on March 5, 2020. See Rec. doc. 17, 18. On February 28, 2020 filed the brief. Rec. doc. 20.

Thereafter, approximately one month later, on March 30, 2020, Lingo communicated to defendant, in writing and by a fax that she decided to drop her case against the Social Security

1

Administration. Counsel for the defendant after confirming Lingo's desire to dismiss her appeal filed the subject motion seeking dismissal of her claim.

The defendant notes that Lingo consented to the dismissal but out of an abundance of caution filed the subject motion in case she changed her mind. The matter was submitted on May 6, 2020. Yet, Lingo has not filed an opposition to the motion.

The Court having reviewed the matter finds that its appropriate to dismiss the matter per Ms. Lingo's request. Further there is no evidence that she changed her mind as the motion was filed on April 15, 2020 and was not submitted until May 6, 2020, with no opposition being filed by Lingo. Consequently, the undersigned recommends that the subject motion be **GRANTED**.

### III. Recommendation

**IT IS RECOMMENDED** that the **DANA MARIA LINGO** claims against the Social Security Administration be **DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(a)(2).**

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation **within fourteen (14) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).

New Orleans, Louisiana, this 15th day of May 2020.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**